```
*
BRENT L. RYMAN, ESQ. (#008648)
PAUL M. BERTONE, ESQ. (#004533)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
(775) 786-3930
Attorneys for Elko County Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DWAYNE L. SCHOMER, as special administrator of THE ESTATE OF KEATON M. SCHOMER and individually; and BRAYLEN SCHOMER, individually<br><br>Plaintiffs<br><br>vs.<br><br>ELKO COUNTY; ELKO COUNTY SHERIFF'S OFFICE; SHERIFF AITOR NARVAIZA, individually; UNDERSHERIFF JUSTIN AIMES, individually; SERGEANT MICHAEL SILVA, individually; DEPUTY TREVOR L. SNEED, individually; DEPUTY DOUGLAS HOLLADAY, individually; DEPUTY ERIKA GONZALES; MEDALLUS & VACHAROTHONE LTD; DR. RACHOT VACHAROTHONE, individually; BAILEY POWELL, individually; GEOFFREY FISHER, individually; MERCEDES COCHRELL, individually; LETISCYA CHACON, individually; DOE SUPERVISORS I-X; DOE DEPUTIES I-X; DOE MEDICAL STAFF I-X; and ROE ENTITIES I-X,<br><br>Defendants<br>_____/ | Case No.: 2:23-cv-00863-CDS-DJA<br><br>**ORDER GRANTING STIPULATION TO DISMISS ELKO COUNTY SHERIFF'S OFFICE**<br><br>[ECF No. 8] |



1

COMES NOW, all parties by their counsel as stated below, and hereby stipulate to dismiss the Defendant named as "ELKO COUNTY SHERIFF'S OFFICE" from this action, as it is not a separately suable legal entity.

DATED this 8th day of August, 2023.

ERICKSON, THORPE & SWAINSTON, LTD.

/s/ Brent Ryman
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 South Arlington Ave., Suite 205
Reno, Nevada 89509
(775) 786-3930
*Attorneys for Elko County Defendants*

DATED this 8th day of August, 2023.

CLARK HILL PLLC

/s/ Paola Armeni
PAOLA M. ARMENI, ESQ. (#008357)
WILLIAM D. SCHULLER, ESQ. (#011271)
CLARK HILL PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
(702) 862-8300
*Attorneys for Plaintiffs*

DATED this 8th day of August, 2023.

RUSBY LAW PLLC

/s/ Chris Rusby
CHRISTOPHER RUSBY, ESQ. (#011452)
RUSBY LAW PLLC
36 Stewart Street
Reno, Nevada 89501
(775) 409-4037
*Attorneys for Medallus Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: August 9, 2023